# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEWIS Y. LIU,<br><br>Plaintiff,<br><br>vs.<br><br>DEMOCRATIC NATIONAL COMMITTEE,<br><br>Defendant. | Civil Action No. 1:21-cv-00767-LJL |

## NOTICE OF DEFENDANT DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss, dated March 4, 2021, Defendant Democratic National Committee moves this Court, before the Honorable Lewis J. Liman, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl St., New York, New York, 10007, for an Order dismissing this action with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: March 4, 2021

Respectfully submitted,

/s/ *Elisabeth C. Frost*
Elisabeth C. Frost
Jacob D. Shelly*
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
EFrost@perkinscoie.com
JShelly@perkinscoie.com
* Pro hac vice application pending

- 2 -

Adam H. Schuman
PERKINS COIE LLP
115 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.261.6919
ASchuman@perkinscoie.com

*Counsel for Defendant*