**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEWIS Y LIU,

                Plaintiff,

  -against-                                     21 **CIVIL** 767 (LJL)

                                                      **JUDGMENT**

DEMOCRATIC NATIONAL COMMITTEE,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 12, 2021, the DNC's motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction is GRANTED. The Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

        November 12, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                **BY:**    K. Mango

                                                          **Deputy Clerk**