```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LEWIS Y LIU,                                                      :
                                                                  :
                        Plaintiff,                                :
                                                                  :        21-cv-767 (LJL)
            -v-                                                   :
                                                                  :        ERRATA ORDER
DEMOCRATIC NATIONAL COMMITTEE,                                    :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021

LEWIS J. LIMAN, United States District Judge:

The Opinion and Order filed on November 12, 2021 at Dkt. No. 26 erroneously dismissed the Complaint with prejudice.  The Complaint is dismissed without prejudice.  Along with this Errata Order the Court is separately filing an Amended Opinion and Order correcting this error.

SO ORDERED.

Dated: November 15, 2021
       New York, New York

                                            LEWIS J. LIMAN
                                     United States District Judge